No. 48845.—Protests 41285–K, etc., of Kaufmann Department Stores et al. (Pittsburgh, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.